IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL CASE NO.

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| BRISAS DEL MAR LTD PARTNERSHIP,<br>BRISAS DEL MAR LLC,<br>GATEHOUSE MANAGEMENT INC.,<br>and LIDICET HERNANDEZ | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>/ |

FILED BY ___JAO___ D.C.

*Aug 31, 2021*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## JOINT MOTION TO ENTER CONSENT ORDER

The Plaintiff, United States of America, and Defendants, Brisas del Mar LTD Partnership, Brisas del Mar LLC, Gatehouse Management, Inc., and Lidicet Hernandez (collectively, "the Parties"), jointly move this honorable Court to enter the attached Consent Order in full resolution of the above-styled case.

1. On September 12, 2019, Arman Mehrani filed an administrative complaint with the U.S. Department of Housing and Urban Development ("HUD") alleging that the Defendants[1] discriminated against him on the basis of his national origin, in violation of the Fair Housing Act ("FHA"), 42 U.S.C. § 3601, *et seq.*, by refusing to rent him a unit at Brisas del Mar because he was not of Hispanic national origin.

---

[1] On February 11, 2021, the HUD complaint was amended to include Lidicet Hernandez and Norka Isamberth as Respondents.

2. The United States and the Defendants agree that the Court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. §§1331 and 1345 and 42 U.S.C. § 3612(o).

3. The Parties agree that the claims against the Defendants should be resolved without further proceedings, and to avoid the burdens of contested litigation.

4. The Consent Order, attached hereto, if entered by this Court, shall constitute full resolution of the claims in the United States' Complaint.

WHEREFORE, the Parties therefore jointly request that this Court approve and enter the Consent Order in its entirety as full resolution of the Complaint filed by the United States.

Respectfully submitted,

For the United States:

**Juan Antonio Gonzalez**
**Acting United States Attorney**

CHANTEL DOAKES
Digitally signed by CHANTEL DOAKES
Date: 2021.08.31 15:40:56 -04'00'
_____
CHANTEL R. DOAKES
Assistant United States Attorney
Florida Bar No: 0118626
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel. No: (305) 961-9353
Email: Chantel.Doakes@usdoj.gov

VERONICA HARRELL JAMES
Digitally signed by VERONICA HARRELL JAMES
Date: 2021.08.31 15:33:07 -04'00'
_____
VERONICA HARRELL-JAMES
Assistant United States Attorney
Florida Bar No. 644791
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9327
Email: Veronica.Harrell-James@usdoj.gov

For the Defendants:

**Brisas del Mar LTD Partnership,**
**Brisas del Mar, LLC,**
**Gatehouse Management, Inc., and**
**Lidicet Hernandez**

_____
ANDREW J. MARCHESE
Florida Bar No: 061931
JOELLE J. VOGEL
Florida Bar No: 1002659
Marshall Dennehey
2400 East Commercial Blvd., Suite 1100
Fort Lauderdale, FL 33308
T: (954) 847-4920; F: (954) 627-6640
ajmarchese@mdwcg.com;
jjvogel@mdwcg.com;
mdlincoff@mdwcg.com